# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br>Juan Pablo GUERRA-SEGURA<br><br>*Defendant(s)* | )<br>)<br>) Case No.<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of September 25, 2018 in the county of Webb in the Southern District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 United States Code, Section 922 (g)(5) | Illegal Alien in Possession of a Firearm |
| Title 18 United States Code, Section 922 (g)(1) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:

See Attached Sheet.

☑ Continued on the attached sheet.

/s/ Shaun Insley
*Complainant's signature*

Shaun Insley Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 09/27/2018

*Judge's signature*

City and state: Laredo, Texas — Sam Sheldon, U.S. Magistrate Judge
*Printed name and title*

# ATTACHMENT A

On September 25, 2018, the Webb County Sheriff's Office (WCSO) received information that there were narcotics being stored at a residence located on the 2100 block of Guaymas Ave, Laredo, TX 78046. The WCSO deputies and Border Patrol (BP) agents, conducted a knock and talk at the location and encountered Juan Pablo Guerra-SEGURA. WCSO deputies asked for consent to search the house for any narcotics, received written consent from SEGURA, and began to search the residence.  During the consent search, an American Tactical, model M1911 GI-E, .45 caliber pistol, with serial number GIE100155 was located inside a jacket pocket in SEGURA's bedroom closet.  The pistol was loaded with a magazine with eight (8) .45 caliber rounds of ammunition.  A box containing 42 rounds of Remington .45 caliber ammunition was located on the shelf of the closet inside SEGURA's bedroom.

BP Agents conducted a records check and found that SEGURA was a previously deported Mexican national illegally and unlawfully in the United States.

ATF conducted a computerized criminal history check and it was determined that SEGURA is a two-time convicted felon with a felony conviction for Unauthorized Use of Vehicle out of the 341st District Court Laredo, TX and a felony conviction for Possession of Marijuana out of the 49th District Court Webb County.

ATF agents interviewed SEGURA at the Laredo South Border Patrol Station where he was advised of his Miranda Rights in Spanish.  SEGURA waived his Miranda Rights and agreed to answer the SAs' questions.  During the interview, SEGURA admitted to purchasing and possessing the firearm and the ammunition. The firearm was examined and determined that it had previously traveled in and affected interstate commerce.